# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ELIZABETH DAVIS                                                                       PLAINTIFF

V.                                    NO. 2:11CV00068 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 25th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE